WILLARD BAKER and another, *Appellants, v.* The New York National Exchange Bank, *Respondent.* — Judgment reversed, new trial granted, with costs to abide event. Opinion *Per Curiam.*

Safeguard Fire Insurance Company, *Appellant, v.* John Greenway, *Respondent.* — Judgment affirmed.

Mary Bowman, *Appellant, v.* Thomas Bowe and others, *Respondents.* — Judgment reversed, new trial ordered, costs to abide event. Opinion *Per Curiam.*

Etta Armstrong, *Appellant, v.* William A. Cummings, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

De Witt C. Mather, *Plaintiff, v.* Samuel T. Mather, *Executor, etc.,* and others, *Defendants.* — Order affirmed, with ten dollars costs and disbursements.

Mary F. Rogers, *Respondent, v.* Sarah James and others, *Appellants.* — Order affirmed, with ten dollars costs and disbursements.

Virginia B. Matthews, *Appellant, v.* Edwin Tufts, *Respondent, Impleaded, etc.* — Order reversed and motion denied, with ten dollars costs and disbursements.

Levi M. Bates and others, *Respondents, v.* Julius Levy, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements.

Erastus H. Benn, *Respondent, v.* The First National Bank of Elmira, *Appellant.* — Order modified so as to direct a change of the place of trial from the county of New York to the county of Chemung, upon the defendant stipulating that the plaintiff may take the testimony of such witnesses as he desires to examine, residing in the cities of New York and Brooklyn, before a referee to be designated here, to be read upon the trial with the same effect as though the witnesses were personally present ; and if the defendant shall fail, within twenty days from the service of the order herein to stipulate to that effect, the order is affirmed, with costs to abide the event.

In the Matter of George W. Erskine. — Motion to vacate the order of General Term denied.

In the Matter of the National Trust Company. — Motion for reargument denied. Opinion by Davis, P. J.

David D. Acker and others, *Appellants, v.* George W. Miller, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

James Whitman, *Plaintiff, v.* Louisa M. Simon, *Defendant.* — Order affirmed, with ten dollars costs and disbursements, on the opinion of Cullen, J., in the court below.

Wilhermina Kilian, *Appellant, v.* The Mayor, etc., of the City of New York, *Respondent.* — Judgment reversed, new trial ordered, with costs to abide event. Opinion by Davis, P. J.